IN THE UNITED STATES DISTRICT COURT
FOR THE CENTRAL DISTRICT OF ILLINOIS
URBANA DIVISION

| | | |
|---|---|---|
| DAVID L. BERG, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No. No. 13-2262 |
| | ) | |
| CHAD W. SHIPLEY, ALISON R. | ) | |
| FERGUSON, J. METZLER, JON | ) | |
| SWENSON, CHAMPAIGN POLICE | ) | |
| DEPARTMENT, CITY OF CHAMPAIGN, | ) | |
| CHAMPAIGN COUNTY ANIMAL | ) | |
| CONTROL, CHAMPAIGN COUNTY, | ) | |
| UNKNOWN DEFENDANTS, | ) | |
| | ) | |
| Defendants. | ) | |

**MEMORANDUM OF LAW IN SUPPORT OF
MOTION TO DISMISS THE CHAMPAIGN POLICE DEPARTMENT**

NOW COMES Defendant, CHAMPAIGN POLICE DEPARTMENT, a department of the City of Champaign, Illinois, a Municipal Corporation, by and through its attorney, David E. Krchak, and as a Memorandum of Law in Support of its Motion to Dismiss, states as follows:

1. The issue before the Court is whether CHAMPAIGN POLICE DEPARTMENT has a separate legal existence such that it may be sued.

2. Under the provisions of Federal Rule of Civil Procedure 17(b)(3), the law which will apply regarding whether the CHAMPAIGN POLICE DEPARTMENT is an entity capable of being sued, will be the law of the State of Illinois.

3. In <u>Ferguson v. Patton</u>, 2013 IL 112488, the Supreme Court of Illinois rendered a decision regarding whether the Inspector General of the City of Chicago could commence an action against corporation counsel of the City of Chicago. In its decision, the Supreme Court relied on both federal precedent and state court precedent in ruling that the Office of Inspector

General is not, itself, a unit of local government under Illinois law and, therefore, could not pursue legal actions or be sued.

4. The court relied on Dr. Martin Luther King, Jr. Movement, Inc. v. City of Chicago, 435 F.Supp. 1289 (N.D. Ill. 1977), were the district court held that Chicago Department of Streets and Sanitation is merely an organizational division of the City and does not enjoy independent legal existence.

5. The court also cited Jordan v. City of Chicago, Department of Police, 505 F.Supp. 1(N.D. Ill. 1980), holding the Chicago Police Department is merely a department of the City which does not have a separate legal existence.

6. The same was the holding in Stevanovic v. City of Chicago, 385 Ill.App.3d 630 (1st Dist. 2008), dismissing the Chicago Fire Department on the grounds that the department itself was not a legal entity separate from the City.

7. Likewise, in Wemple v. Illinois State Police, Macoupin County Police, Macoupin County Jail, and Staunton Police Department, the court ruled that the Staunton Police Department is an organizational division of the City of Staunton and is not a suable entity. This holding followed a federal district court decision Meek v. Springfield Police Department, 990 F.Supp. 598 (C.D. Ill. 1998), which held that the Springfield Police Department is not a suable entity because it is an organizational division of the City of Springfield.

8. Here, because the CHAMPAIGN POLICE DEPARTMENT is an operating department of the CITY OF CHAMPAIGN, the CHAMPAIGN POLICE DEPARTMENT is not a legal entity capable of being sued and must be dismissed with prejudice.

WHEREFORE, the CITY OF CHAMPAIGN prays that all pending counts listing CHAMPAIGN POLICE DEPARTMENT as a Defendant be stricken as to allegations against the CHAMPAIGN POLICE DEPARTMENT.

Respectfully submitted,

CHAMPAIGN POLICE DEPARTMENT

BY: THOMAS, MAMER & HAUGHEY, LLP

s/ David E. Krchak
BY: _____
David E. Krchak, Bar No. 3127316
THOMAS, MAMER & HAUGHEY, LLP
30 Main St., Suite 500
P.O. Box 560
Champaign, IL 61824-0560
Phone: (217) 351-1500
Fax: (217) 351-2169
krchak@tmh-law.com

**CERTIFICATE OF SERVICE**

I hereby certify that on February 14th, 2014, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system, and I hereby certify that I have mailed by United States Postal Service the document to the following non CM/ECF participant:

David L. Berg
2103 Lynwood Dr.
Champaign, IL 61821

s/ David E. Krchak
_____
David E. Krchak, Bar No. 3127316
THOMAS, MAMER & HAUGHEY, LLP
30 Main St., Suite 500
P.O. Box 560
Champaign, IL 61824-0560
Phone: (217) 351-1500
Fax: (217) 351-2169
krchak@tmh-law.com