

United States District Court for the
Central District of Illinois, Urbana

| | | |
|---|---|---|
| David L. Berg, Pro se | ) | FILED |
| | ) | |
| Plaintiff | ) | MAR 03 2014 |
| | ) | |
| Vs. | ) | CLERK OF THE COURT |
| | ) | U.S. DISTRICT COURT |
| Chad W. Shipley | ) | CENTRAL DISTRICT OF ILLINOIS |
| | ) | URBANA, ILLINOIS |
| Alison R. Ferguson | ) Case no. 13-2262 | |
| | ) | |
| J. Metzler | ) | |
| | ) | |
| Jon Swenson | ) | |
| | ) | |
| Champaign Police Department | ) | |
| | ) | |
| City of Champaign | ) | |
| | ) | |
| Champaign County Animal Control | ) | |
| | ) | |
| Champaign County | ) | |
| | ) | |
| Unknown Defendants | ) | |
| | ) | |
| | ) | |

**Plaintiff's response to Defendant's Motion to Dismiss Champaign Police Department**

    Now Comes Plaintiff to reluctantly agree to dismiss the Champaign Police Department as a Defendant in the above cause.

    1. Plaintiff objects to item(s) 3,4 and 6 of Defendant's memorandum on the grounds that these items reflect non police departments and have no bearing in this matter.

2. The Illinois Association of Police Chiefs (ILACP) names the Champaign Police as well as other State Municipal Police Departments as Law Enforcement Agencies and lists accredited Agencies in the manor of Champaign Police not the City Of Champaign Police Department.

3. Plaintiff recognizes that the current legal guidelines protect individual Police Departments from scrutiny in order to protect public confidence in local Police Departments.

4. Plaintiff also tried to protect the integrity of the Champaign Police Department by filing a complaint and following channels before filing Federal suit however, the policies of the Champaign Police Department as administered by its agents are central to this matter.

5. Therefore Plaintiff reluctantly agrees to dismiss the Champaign Police Department and will file a motion to add Chief of Police Anthony Cobb as a Defendant to answer for the Champaign Police Department's policies and actions concerning this matter.

Signed this 28th day of February 2014

_____

Berg, David L.


David L. Berg Pro se

2103 Lynwood dr.

Champaign, Il. 61821

217-841-4045

## Certificate of Service

      I, David L. Berg, hereby certify that on March 3rd, 2014, I delivered to the Clerk of the Court Plaintiff's response to defense motion dismiss Champaign Police Department, and that I have mailed a file stamped document to defense counsel by United States Postal Service.

David E. Krchak

Thomas, Mamer & Haughey, LLP
30 Main St. Suite 500
P.O. Box 560
Champaign, Il. 61824-0560


_____
Berg, David L.
2103 Lynwood Dr.
Champaign, Il. 61821